## Commonwealth *v.* Smith, Appellant.

Submitted September 23, 1970. *Peter Maas* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Smith, Appellant.

Argued September 18, 1970. *Alan Klein,* for appellant; *Peter S. Greenberg,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Smith, Appellant.

Submitted September 14, 1970. *Mary Bell Hammerman,* for appellant; *Peter Levin* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant

District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Spencer, Appellant.

Submitted September 14, 1970. *Morton B. Weinstein,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Steinbacher et al., Appellants.

Argued September 14, 1970. *Sidney A. Simon,* for appellants; *Allen E. Ertel,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

## Commonwealth *v.* Stewart, Appellant.

Submitted September 18, 1970. *Jonathan Miller* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* De-